# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1791
Lower Tribunal No. 07-22994
_____

**Dianne Corsbie, etc.,**
Appellant,

vs.

**Keith Corsbie,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Gordon Rees Scully Mansukhani, LLP, and David M. Gersten, Eric R. Thompson, and Ryan M. Wolis; William S. Pollak P.A., and William S. Pollak, for appellant.

Day Pitney LLP, and Mark A. Romance, for appellee.

Before SCALES, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.